IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:10-525-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| DALTON LEE MACKENZEE ) | |
| _____ ) | |

The United States Probation Office has requested the early termination of the defendant's term of supervised release which is scheduled to expire on August 25, 2014. The Assistant United States Attorney has indicated that he has no objections to the early termination.

For good cause shown, the defendant's term of supervised release is hereby terminated, effective as of the date of this order.

IT IS SO ORDERED.

July 3, 2014                                      Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge